# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00556-CV

### In re Phillip Orlando Jones and Walter Lee Hall, Jr.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Phillip Orlando Jones and Walter Lee Hall, Jr., have filed a petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the petition and the record, we overrule the motion for temporary relief and deny the petition for writ of mandamus.

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   September 10, 2010